■ In the Matter of MICHAEL LEVINE, a Disbarred Attorney. —Application for reinstatement as an attorney and counselor-at-law in the State of New York granted to the extent of referring the matter to the Departmental Disciplinary Committee for a hearing as indicated. Concur—Murphy, P. J., Sullivan, Carro, Smith and Rubin, JJ.

■ In the Matter of HARRY HOFFER, a Disbarred Attorney. —Application for reinstatement as an attorney and counselor-at-law in the State of New York referred to the Departmental Disciplinary Committee for a hearing as indicated. Concur— Murphy, P. J., Sullivan, Milonas, Kupferman and Kassal, JJ.

■ In the Matter of JERRY LEE BRAMMER, a Disbarred Attorney.—Application for reinstatement as an attorney and counselor-at-law in the State of New York denied. Concur— Sullivan, J. P., Rosenberger, Ellerin, Ross and Rubin, JJ.